Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT

for the

_Southern_ District of _Mississippi_

SOUTHERN DISTRICT OF MISSISSIPPI

**FILED**

NOV 18 2024

ARTHUR JOHNSTON
BY_____ DEPUTY

_____ Division

JOHNNY CROSE
_____
            _Plaintiff(s)_
_(Write the full name of each plaintiff who is filing this complaint._
_If the names of all the plaintiffs cannot fit in the space above,_
_please write "see attached" in the space and attach an additional_
_page with the full list of names.)_

-v-

MISSISSIPPI DEPARTMENT OF CORRECTION AND ("MDOC") CHIEF MEDICAL DIRECTOR RALPH BELL M.D. FOR ("MDOC")
_____
            _Defendant(s)_
_(Write the full name of each defendant who is being sued. If the_
_names of all the defendants cannot fit in the space above, please_
_write "see attached" in the space and attach an additional page_
_with the full list of names. Do not include addresses here.)_

)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No.  **3.24-cv-738-CWR-ASH**

_(to be filled in by the Clerk's Office)_

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS

(Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: JOHNNY GROSE

All other names by which you have been known: JOHNNY GROSE

ID Number: 143238

Current Institution: MISSISSIPPI STATE PENITENTIARY (MSP)

Address: (MSP) UNIT-31, A-12, P.O. BOX 1057
PARCHMAN      MISS.      38738
City      State      Zip Code

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

Name: MISSISSIPPI DEPARTMENT OF CORRECTION
Job or Title (if known): Prison institution
Shield Number: UNKNOWN
Employer: STATE OF MISSISSIPPI
Address: (MSP) HIGHWAY 49 North East, P.O. BOX 1057
PARCHMAN      MISS.      38738
City      State      Zip Code
☑ Individual capacity  ☑ Official capacity

Defendant No. 2

Name: RALPH BELL M.D.
Job or Title (if known): CHIEF MEDICAL DIRECTOR FOR ("MDOC")
Shield Number: UNKNOWN
Employer: Mississippi Department of Correction and/or State of Miss.
Address: 301 NORTH LAMAR STREET
JACKSON      MISS.      39201
City      State      Zip Code
☑ Individual capacity  ☑ Official capacity

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

Defendant No. 3

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Shield Number | |
| Employer | |
| Address | |

| City | State | Zip Code |
|---|---|---|

☐ Individual capacity    ☐ Official capacity

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Shield Number | |
| Employer | |
| Address | |

| City | State | Zip Code |
|---|---|---|

☐ Individual capacity    ☐ Official capacity

## II.    Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]."  Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☑ State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983.  If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

*Plaintiff AVERS his Eighth Amendment and fourteenth Amendment has been violated.*

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights.  If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

*N/A*

D.    Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

*Defendant MISS. DEPT. OF CORRECTION is Acting "under color of the law" when it is currently violating Plaintiff's eighth Amendment which forbids deliberate indifference, cruel and unusual punishment as well as a failure -to -protect; ("MDOC") violated each one*

**III.    Prisoner Status**

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

☐ Pretrial detainee

☐ Civilly committed detainee

☐ Immigration detainee

☑ Convicted and sentenced state prisoner

☐ Convicted and sentenced federal prisoner

☐ Other *(explain)* _____

**IV.    Statement of Claim**

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.    If the events giving rise to your claim arose outside an institution, describe where and when they arose.

*Plaintiff avers his constitutional violation from ("MDOC") is arising at Miss State Penitentiary for approximately two years ("MDOC") has deprived him of adequate medical care concerning his eye appoints, doctor appointment, dental appointments etc...*

B.    If the events giving rise to your claim arose in an institution, describe where and when they arose.

*Plaintiff avers bringing deprive of adequate medical care concerning him losing approximately Ninety Percent (90%) of his vision because ("MDOC") do not have a accessible vehicle to transport him to his eye appoint where he has cataracts in left eye; but on numerous occasion his eye surgery to remove them has been cancel over a four (4) year time period, because ("MDOC") does not have an accessible handicap van or bus.*

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

C.    What date and approximate time did the events giving rise to your claim(s) occur?

The failure of ("MDOC") not having the appropriate handicap van for the last approximately four years has resulted in him losing ninety percent of his vision.

D.    What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

Plaintiff AVERS that the ("MDOC") Prison opthalmologist Dr. Lloyd diagnose him with cataracts in left eye. And has repeatedly schedule surgery with eye specialist to have them remove, but every time his appointments to the cataracts removed ("MDOC") at (MSP) does not have a accessible handicap vans or bus to transport him offsite to his repeated eye surgeries, that has to be cancel causing Plaintiff vision to worsen, when he is medically confine to a wheelchair cannot walk, stand, climb out of his wheelchair

## V.    Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Plaintiff AVERS that being denied eye surgery over a four (4) year time period has caused him to be nearly blind with a ninety percent (90%) lost of his vision, that could have been avoided if he had, had the cataracts surgery as his prison ophthalmologist Dr. Lloyd had diagnosed and prescribed, but ("MDOC") deliberate indifference in transporting him to his eye surgery has cause Plaintiff to be nearly blind.

## VI.    Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

Plaintiff request eye surgery to remove the cataracts from his eyes as a possibility in receiving his sight back, he request compensatory damages, punitive damages, monetary damages redress monetary damages for past, present and future pain and suffering, bodily harm injuries, that defendants pay him a sum of twenty-five million dollars ($25,000,000.00) each, all court cost generated from this lawsuits and/or any other relief this honorable court deem equitable and consistent with the above complaint, &

**VII.    Exhaustion of Administrative Remedies Administrative Procedures**

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures.  Your case may be dismissed if you have not exhausted your administrative remedies.

A.    Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

_Mississippi STATE PENITENTIARY_

B.    Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☑ Yes

☐ No

☐ Do not know

C.    Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☑ Yes

☐ No

☐ Do not know

If yes, which claim(s)?

_Cover All of the Grievance Procedure_

D.  Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☑ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☑ Yes

☐ No

E.  If you did file a grievance:

1.  Where did you file the grievance?

MISSISSIPPI STATE PENITENTIARY

2.  What did you claim in your grievance?

SEE AS Attached Exhibits-C and D

3.  What was the result, if any?

PURSUE GRIEVANCE to Conclusion Motion For Judicial Review into the Circuit Court of Sunflower County, Miss. See as an Attached Exhibits E & G

4.  What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

Appeal the GRIEVANCE under Motion for Judicial Review into the Circuit Court of Sunflower County, Miss. SEEAS An Attached Exhibit E & G.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

F.    If you did not file a grievance:

    1.    If there are any reasons why you did not file a grievance, state them here:

*GRIEVANCE WERE PURSUED to conclusion, SEE AS AN Attached Exhibits C+D*

    2.    If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

*GRIEVANCE WERE PURSUED to conclusion, SEE AS AN Attached Exhibit C+D*

G.    Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

*SEE AS AN Attached Exhibits C, D, E, F, G*

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*    *SE AS Attached Exhibits C, D, E, F, G*

# VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☑ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

*Not Any N/A*

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

A.  Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☑ No

B.  If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.  Parties to the previous lawsuit

    Plaintiff(s) _____ N/A _____

    Defendant(s) _____ N/A _____

2.  Court *(if federal court, name the district; if state court, name the county and State)*

    _____ N/A _____

3.  Docket or index number

    _____ N/A _____

4.  Name of Judge assigned to your case

    _____ N/A _____

5.  Approximate date of filing lawsuit

    _____ N/A _____

6.  Is the case still pending?

    ☐ Yes

    ☑ No

    If no, give the approximate date of disposition. _____ N/A _____

7.  What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

    _____ N/A _____

C.  Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

☐ Yes

☑ No

D.    If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below.  *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.   Parties to the previous lawsuit

Plaintiff(s)    N/A

Defendant(s)    N/A

2.   Court *(if federal court, name the district; if state court, name the county and State)*

N/A

3.   Docket or index number

N/A

4.   Name of Judge assigned to your case

N/A

5.   Approximate date of filing lawsuit

N/A

6.   Is the case still pending?

☐ Yes

☑ No

If no, give the approximate date of disposition    N/A

7.   What was the result of the case? *(For example: Was the case dismissed?  Was judgment entered in your favor?  Was the case appealed?)*

N/A

## IX.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    _NOVEMBER 18th 2024_

Signature of Plaintiff    _Johnny Grose #143238_
Printed Name of Plaintiff    _Johnny Grose_
Prison Identification #    _# 143238_
Prison Address    _(MSP) unit-31, A-12, P.o.Box 1057_
_PARCHMAN_    _Miss._    _38738_
City    State    Zip Code

### B.    For Attorneys

Date of signing:    _NOVEMBER 18th 2024_

Signature of Attorney    _N/A_
Printed Name of Attorney    _N/A_
Bar Number    _N/A_
Name of Law Firm    _N/A_
Address    _N/A_
City    State    Zip Code
Telephone Number    _N/A_
E-mail Address    _N/A_